The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Tara Ann Baez*
   *v. Commonwealth of Virginia*
   Record No. 0073-23-3
   Opinion rendered by Judge Fulton on
   November 14, 2023

2. *Qualik Nashawn Davis*
   *v. Commonwealth of Virginia*
   Record No. 0903-22-2
   Opinion rendered by Chief Judge Decker on
   November 21, 2023

3. *Graydon Manor, LLC*
   *v. Board of Supervisors of Loudoun County, Virginia*
   Record No. 1012-22-4
   Opinion rendered by Judge Ortiz on
   November 21, 2023

4. *Patrick Austin Carolino*
   *v. Commonwealth of Virginia*
   Record No. 1270-21-1
   En banc opinion rendered by Judge Friedman on
   November 28, 2023

5. *Donald Calway*
   *v. City of Chesapeake*
   Record No. 1692-22-1
   Opinion rendered by Judge Ortiz on
   November 28, 2023

6. *Mary Pat Martin*
   *v. Ryan S. LaFountain, Commissioner of revenue for the City of Roanoke*
   Record No. 0971-22-3
   Opinion rendered by Judge Causey on
   December 12, 2023

7. *Arun Rashid Turay*
   *v. Commonwealth of Virginia*
   Record No. 0868-21-3
   En banc opinion rendered by  Judge Lorish on
    December 19, 2023

8. *Michael Brown*
   *v. Timothy L. Kirkpatrick*
   Record No. 1100-22-1
   En banc opinion rendered by Judge Huff on
    December 19, 2023

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Willliam O. Flannagan, Jr.*
   *v. Commonwealth of Virginia*
   Record No. 0923-21-2
   Opinion rendered by Judge AtLee
     on August 16, 2022
   Refused (230484)

2. *Margaret Williams*
   *v. Pamela Legere, et al.*
   Record No. 1225-22-1
   Opinion rendered by Judge White
     on May 2, 2023
   Refused (230448)

3. *Mamdoh Abouemara*
   *v. Commonwealth of Virginia*
   Record No. 0284-22-2
   Opinion rendered by Judge Raphael
     on June 6, 2023
   Refused (230542)

4. *Richard Alan Swezey*
   *v. Commonwealth of Virginia*
   Record No. 0490-22-3
   Opinion rendered by Judge Raphael
     on June 13, 2023
   Refused (230474)